UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSANA HASEMBANK )
Urb. Vistamar – F148 Valladolid St. )
Carolina, PR  00983 )
 )
      Plaintiff, )
 )
v. )  Civ. No. _____
 )
JOHN KERRY )  **COMPLAINT FOR**
Secretary, U.S. Dept. of State )  **MANDAMUS AND**
United States Department of State )  **DECLARATORY**
2201 C Street NW )  **JUDGMENT**
Washington, DC 20520 )
 )
BRENDA S. SPRAGUE )
Deputy Assistant Secretary of State for )
Passport Services )
United States Department of State )
Bureau of Consular Affairs )
2201 C Street, NW )
Washington, DC 20520 )
 )
KAREN PIZZA, )
Director )
National Passport Center )
207 International Drive )
Portsmouth, NH 03801 )
 )
      Defendants )

**COMPLAINT FOR MANDAMUS AND DECLARATORY JUDGMENT**

The Plaintiff, SUSANA HASEMBANK, through undersigned counsel, complains of the Defendants, JOHN KERRY, Secretary, U.S. Department of State; BRENDA S. SPRAGUE, Deputy Assistant Secretary of State for Passport Services; and KAREN PIZZA, Director, National Passport Center, as follows:

## I. PRELIMINARY STATEMENT

1. This is a civil action seeking to compel agency action unreasonably delayed, pursuant to 5 U.S.C. § 555(b) and § 706(1) and petition for *mandamus* relief, pursuant to 28 U.S.C. § 1361.

2. Plaintiff Susana Hasembank is a naturalized citizen of the United States.

3. Plaintiff filed a Form DS-82 Application for a U.S. Passport by Mail ("Application") on September 14, 2009.

4. Plaintiff's Application for a U.S. Passport was filed through the Defendants' expedited processing service, which, pursuant to Defendants' own representations, provides for processing within two to three weeks. Defendants have failed or willfully refused to adjudicate Plaintiff's Application since September 14, 2009, a period of over six years.

5. Plaintiff has made several attempts to have Defendants adjudicate her Application. Plaintiff has no other administrative remedy available to compel Defendants to act. Defendants' willful failure to adjudicate Plaintiff's Application causes irreparable harm to Plaintiff by depriving her of the ability to travel internationally and effectively denying her the privileges of U.S. Citizenship during the time that her Application is pending final determination.

6. Plaintiff is also unable to renew her driver's license and will not be able to renew her real estate license until her passport application is approved.

7. Defendants have continually refused or failed to perform statutory and regulatory duties owed to the Plaintiff. Accordingly, Plaintiff is seeking injunctive, *mandamus*, and declaratory relief arising out of the unlawful, inequitable, and unreasonably delayed actions of the Defendants.

## II. JURISDICTION

8. This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, as Plaintiff's claims arise under the laws of the United States, particularly 22 U.S.C. § 212, and related agency regulations.

9. This Court also has jurisdiction to issue a writ of *mandamus* to compel agency action under 28 U.S.C. § 1361, as the Plaintiff's claims are against officers and employees of the United States and agencies thereof.

10. There are no administrative remedies available to Plaintiff to redress the grievances described in this Complaint. This action challenges the Defendants' procedural policies, practices, interpretations of law, and their failures to act, not the discretionary granting or denial of individual petitions or applications. Therefore, the jurisdictional limitations of 5 U.S.C. § 701(a)(2) do not apply.

11. This action is within any applicable temporal limitation.

## III. VENUE

12. Venue lies in the District of Columbia under 28 U.S.C. § 1391(e)(1), as this is an action against officers, employees, and agencies of the United States acting in their official capacities, brought in the district where two of the Defendants reside. Defendants Kerry and Sprague each performs a significant amount of their official duties and maintains their offices in Washington, D.C.

## IV. PARTIES

13. Plaintiff SUSANA HASEMBANK is a naturalized U.S. Citizen. She is an applicant for a U.S. Passport. She resides in San Juan, Puerto Rico.

14. Defendant JOHN KERRY is the Secretary of the Department of State ("DOS"). He is sued in his official capacity.

15. Defendant BRENDA S. SPRAGUE is the Deputy Assistant Secretary of State for Passport Services, a subdivision of DOS. She is sued in her official capacity.

16. Defendant KAREN PIZZA is the Director of the National Passport Center, a subdivision of DOS. She is sued in her official capacity.

17. Defendants are responsible for the grant and denial of U.S. Passports pursuant to 22 U.S.C. § 211a and 22 C.F.R. Part 51, and of Plaintiff's Application specifically.

## V. STATEMENT OF THE CASE

18. On January 21, 1980, Plaintiff became a naturalized U.S. citizen. *See* Certificate of Naturalization, attached hereto as **Exhibit 1**.

19. During the process of obtaining lawful permanent residency and U.S. citizenship, Plaintiff made several misrepresentations, including place and date of birth. On December 7, 2001, she submitted a letter and supporting documentation detailing the true circumstances of her background and immigration to the U.S. In a letter dated July 2, 2002, San Juan Office District Director Myrna O. Pere indicated that Immigration and Naturalization Service ("INS") had no intention to pursue a denaturalization action against Plaintiff, thus enabling her to remain a U.S. citizen. *See* Letter, attached hereto as **Exhibit 2**.

20. On August 8, 2005, the Department of State issued Plaintiff a U.S. passport. *See* Hasembank Biographic Page of U.S. Passport, attached hereto as **Exhibit 3**.

21. On September 14, 2009, Plaintiff submitted the Application giving rise to the instant matter. The Application included her correct place and date of birth. Included therein was a request for expedited service along with the requisite fees.

22. To date, Defendants have not issued a decision regarding Plaintiff's passport application despite multiple requests for processing and updating. *See* Letter, November 25, 2009 attached hereto as **Exhibit 4** and Letter, March 10, 2010 attached hereto as **Exhibit 5**. Despite these requests, Defendants have not issued an update regarding the status of the passport application. Moreover, Defendants' website, which provides status updates of passport applications, no longer reflects a record of Plaintiff's Application. *See* "U.S. Passport Application Status" attached hereto as **Exhibit 6.**

23. Defendants have failed or willfully refused to adjudicate or otherwise process Plaintiff's Application for over six years. The Department of State published processing time for passports is four to six weeks for routine processing and three weeks for expedited processing. *See* "Department of State Processing Times" http://travel.state.gov/passport/processing/processing_1740.html (last accessed September 10, 2015). The processing of Plaintiff's Application is therefore approximately six years behind the processing schedule for similar Applications.

24. As a U.S. citizen who has filed an application and paid the requisite fees, Plaintiff is entitled to a passport bearing her name and correct date and place of birth. Defendants' concerted failure to adjudicate the Application prejudices Plaintiff by depriving her of this privilege. Plaintiff faces significant risks should she travel internationally in that she is unable to present an identification document which accurately represents her biographical data. Plaintiff has also expended money for a U.S. passport to be provided with expedited processing, and to date has not received a decision on her Application.

## VI. CAUSES OF ACTION

### Count I
### *(Violation of Administrative Procedure Act)*

25. Plaintiff incorporates the preceding paragraphs as if fully stated in this Count.

26. Defendants' practices, policies, interpretations of law, conduct and failures to act violate the *Administrative Procedure Act*, as the alleged agency action is:

   (a) "unlawfully withheld or unreasonably delayed," under 5 U.S.C. § 706(1);

   (b) not concluded "[w]ith due regard for the convenience and necessity of the parties . . . and within a reasonable time," under 5 U.S.C. § 555(b);

   (c) "arbitrary, capricious and an abuse of discretion or otherwise not in accordance with law," under 5 U.S.C. § 706(2)(A); and

   (d) "without observance of procedures required by law," under 5 U.S.C. § 706(2)(D).

27. As a result, Plaintiff has suffered irreparable harm entitling her to injunctive and other relief.

### Count II
### *(Petition for Writ of Mandamus)*

28. Plaintiff incorporates the preceding paragraphs as if fully stated in this Count.

29. Defendants are charged with a duty to administer and enforce 22 U.S.C. § 211a.

30. Defendants have willfully and unreasonably delayed and refused to perform their clear duties.

31. Plaintiff has no administrative remedies available to compel Defendants to perform their statutory and regulatory duties.

32. Pursuant to 28 U.S.C. § 1361, Defendants must be compelled to discharge their statutory duties owed to Plaintiff so that Plaintiff may be promptly informed of the outcome of her Application.

Count III
*(Equal Access to Justice Act)*

33. Plaintiff incorporates the preceding paragraphs as if fully stated in this Count.

34. If Plaintiff prevails, she will seek attorney's fees and costs, pursuant to 5 U.S.C. § 504 and 28 U.S.C. § 2412.

## VII. RELIEF REQUESTED

35. WHEREFORE, Plaintiff prays that this Court:

(a) Preliminarily and permanently enjoin Defendants from failing to perform a timely adjudication of Plaintiff's Application;

(b) Order Defendants Kerry, Sprague, and Pizza to perform their duties and promptly adjudicate Plaintiff's Application;

(c) Award the Plaintiff attorney's fees and costs under the *Equal Access to Justice Act*; and

(d) Grant such other relief as the Court deems just, equitable and proper.

Respectfully submitted this 7th day of October, 2015.

By counsel,     /s/ Thomas K. Ragland

Thomas K. Ragland
D.C. Bar No. 501021
BENACH RAGLAND LLP
1333 H Street, N.W., Suite 900 West
Washington, DC 20005
T: (202) 644-8600
F: (202) 644-8615
E: tkragland@benachragland.com

*Counsel for the Plaintiff*